Name: José Antonio Saldivar
Address: 2601 N. 3rd St Suite 109, Phoenix, AZ 85004
Phone: 602-277-4398

**FILED**

FEB 2 2 2011

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In Re: ) Chapter 7
Mariano Oropeza )
Anavel Alcala ) Case No. 2:11-bk-01865-GBN
)
)
)
_____Debtors_____)

Please reinstate Chapter 7 Bankruptcy case. Above captioned case was dismissed for failure to file Declaration of Evidence of Employer's Payments within 60 days. The Declaration has been filed. Undersigned counsel's failure to file the Declaration was an oversight. The office procedure in handling bankruptcy cases has been modified to avoid such oversights. A meeting of creditors had been previously scheduled for February 28, 2011 at 10:00 AM before Bankruptcy Trustee Roger W. Brown.

Submitted this:

Date 2/22/2011         Signature _____ #022991
                                  José Antonio Saldivar

02/23/2011