FORM VAN–093

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

MARIANO OROPEZA
aka MARIANO DIAZ
1121 WEST VOGEL AVENUE
PHOENIX, AZ 85021
**SSAN:** xxx–xx–8016
**EIN:**

ANAVEL ALCALA
aka ANAVEL OROPEZA
aka ANA CASTILLO
1121 WEST VOGEL AVENUE
PHOENIX, AZ 85021
**SSAN:** xxx–xx–8817
**EIN:**

Debtor(s)

Case No.: 2:11–bk–01865–GBN

Chapter: 7

## ORDER REINSTATING CASE

The above–captioned Debtor(s) having filed a motion to reinstate this case; the case having been dismissed because of administrative error; or the case having been dismissed for failure to pay the filing fee and the filing fee having been paid in full; and pursuant to Bankruptcy Rule 9024;

IT IS ORDERED that this case is reinstated.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** February 23, 2011

BY THE COURT

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

HONORABLE George B. Nielsen Jr.
United States Bankruptcy Judge